UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
PAUL SHARGANI,

                        Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF
ENVIRONMENTAL PROTETION, et al.,

                        Defendants.
------------------------------------------------------------ x

**ORDER REGULATING PROCEEDINGS**

21 Civ. 337 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On July 12, 2021 Defendants filed a motion to dismiss the Complaint. ECF No. 21. Subsequently, Plaintiff filed a First Amended Complaint ("FAC") on July 26, 2021, mooting the Defendants' motion to dismiss. *See* ECF No. 24. Defendants then moved to dismiss the FAC, ECF No. 29, and Plaintiff sought leave to amend a second time. ECF No. 36. Defendants oppose the request to amend the FAC on the grounds that doing so would be futile.

       The parties are hereby ordered to appear for oral argument on April 6, 2022, at 2:30 p.m., which will be held in Courtroom 14D, 500 Pearl Street, New York, NY. No later than April 4, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       Because the motion to dismiss the original Complaint is now moot, the Clerk shall terminate ECF No. 21.

       SO ORDERED.

Dated:    February 24, 2022                    __/s/ Alvin K. Hellerstein____
           New York, New York              ALVIN K. HELLERSTEIN
                                                     United States District Judge