UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
PAUL SHARGANI,

                               Plaintiff,

     -against-

NEW YORK CITY DEPARTMENT OF
ENVIRONMENTAL PROTETION, et al.,

                            Defendants.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

21 Civ. 337 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Court finds that the facts and legal argument are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument. Oral argument scheduled for April 6, 2022, is hereby canceled.

        On April 5, 2022 Plaintiff requested that the date for oral argument be adjourned. Because oral argument is now canceled, that request is moot. The Clerk shall terminate ECF No. 43.

        SO ORDERED.

Dated:     April 5, 2022                      __/s/ Alvin K. Hellerstein____
            New York, New York           ALVIN K. HELLERSTEIN
                                                               United States District Judge