UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
PAUL SHARGANI,

                                 Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF
ENVIRONMENTAL PROTETION, et al.,

                              Defendants.
------------------------------------------------------------- x

**SCHEDULING ORDER**

21 Civ. 337 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The status conference scheduled for Friday, May 20, 2022 at 10:00 a.m. is adjourned to June 3, 2022 at 10:00 a.m.  The conference will be held via the following call-in number:

       Call-in number: 888-363-4749

       Access code: 7518680

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in 5 minutes prior to the start of the conference.

       Finally, no later than June 1, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information. The Clerk shall terminate ECF No. 50.

       SO ORDERED.

Dated:     May 19, 2022                         __/s/ Alvin K. Hellerstein____
            New York, New York            ALVIN K. HELLERSTEIN
                                                            United States District Judge